## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **DAVID JACKSON** | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **Civil Action No. 18-1699** |
| | § | |
| **ROYAL CARIBBEAN CRUISES, LTD,** | § | |
| **ROYAL CARIBBEAN INTERNATIONAL,** | § | |
| **ROYAL CARIBBEAN CRUISE LINES,** | § | |
| **AND OTHER UNKNOWN PARTIES NOT** | § | |
| **YET IDENTIFIED BY NAME** | § | |
| *Defendants.* | § | |

## INDEX OF ALL MATTERS FILED WITH NOTICE OF REMOVAL

Exhibit A    Index of Matters Filed With Notice of Removal;

Exhibit B    Docket Sheet in state court action;

Exhibit C    Plaintiff's Original Petition, filed May 21, 2018

Exhibit D    Civil Case Information Sheet, filed May 21, 2018

Exhibit E    Officer's Return Affidavit and Citation, filed May 30, 2018

Exhibit F    Royal Caribbean's Certificate of Interested Persons; and

Exhibit G    Copy of the Notice of Removal to Federal Court to be filed in state court.

**EXHIBIT A**