## Case Information

DC-18-06630 | DAVID JACKSON vs. ROYAL CARIBBEAN CRUSES LTD, et al

| Case Number | Court | Judicial Officer |
|---|---|---|
| DC-18-06630 | 116th District Court | PARKER, TONYA |
| File Date | Case Type | Case Status |
| 05/21/2018 | CNTR CNSMR COM DEBT | OPEN |

## Party

**PLAINTIFF**
JACKSON, DAVID

Address
2824 CEDAR SPRINGS RD SUITE 801-7411
DALLAS TX 75219

Active Attorneys ▼
 Pro Se

---

**DEFENDANT**
ROYAL CARIBBEAN CRUSES LTD

Address
BY SERVING REGISTERED AGENT BRADLEY H
STEIN
1050 CARIBBEAN WAY
MIAMI FL 33132

---

**DEFENDANT**
ROYAL CARIBBEAN INTERNATIONAL

Address
BY SERVING REGISTERED AGENT BRADLEY H
STEIN
1050 CARIBBEAN WAY
MIAMI FL 33132

**EXHIBIT B**

**DEFENDANT**
ROYAL CARIBBEAN CRUISE LINES

Address
BY SERVING REGISTERED AGENT BRADLEY H
STEIN
1050 CARIBBEAN WAY
MIAMI FL 33132

**DEFENDANT**
OTHER UNKNOWN PARTIES NOT YET
IDENTIFIED BY NAME

## Events and Hearings

05/21/2018 NEW CASE FILED (OCA) - CIVIL

05/21/2018 ISSUE CITATION ▲

05/21/2018 CASE FILING COVER SHEET ▲

05/21/2018 ORIGINAL PETITION ▲

05/22/2018 CITATION ▲

05/30/2018 RETURN OF SERVICE ▲

**Financial**

**EXHIBIT B**

JACKSON, DAVID

| | | | | |
|---|---|---|---|---|
| | Total Financial Assessment | | | $376.00 |
| | Total Payments and Credits | | | $376.00 |
| 5/21/2018 | Transaction Assessment | | | $292.00 |
| 5/21/2018 | Transaction Assessment | | | $84.00 |
| 5/21/2018 | PAYMENT (CASE FEES) | Receipt # 32575-2018-DCLK | JACKSON, DAVID | ($376.00) |

## Documents

- CASE FILING COVER SHEET
- ORIGINAL PETITION
- ISSUE CITATION
- RETURN OF SERVICE

**EXHIBIT B**