IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DAVID JACKSON, § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:18-CV-1699-S(BH) |
| § | |
| ROYAL CARIBBEAN CRUISES, LTD, § | |
| ROYAL CARIBBEAN INTERNATIONAL § | |
| ROYAL CARIBBEAN CRUISE LINES, § | |
| and OTHER UNKNOWN PARTIES NOT § | |
| YET IDENTIFIED BY NAME, § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

*Royal Caribbean Cruises Ltd.'s Opposed Motion to Compel Arbitration*, filed July 27, 2018 (doc. 8), and *David Jackson's Motion for Summary Judgment*, filed August 23, 2018 (doc. 14) are **DENIED**.

SIGNED this 21st day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE